# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re: SAND, JEREMY    § Case No. 15-31107
                      §
                      §
                      §
Debtor(s)             §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 27, 2015. The undersigned trustee was appointed on March 31, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         3,704.69

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 30.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of [1]    $         3,674.69

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/15/2015 and the deadline for filing governmental claims was  /  / . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $926.17. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $926.17, for a total compensation of $926.17.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $84.57, for total expenses of $84.57.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/25/2015            By: /s/Erik A. Ahlgren
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-31107  
**Case Name:** SAND, JEREMY  

**Period Ending:** 10/25/15

**Trustee:** (430230)  Erik A. Ahlgren  
**Filed (f) or Converted (c):** 03/27/15 (f)  
**§341(a) Meeting Date:** 05/21/15  
**Claims Bar Date:** 10/15/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Homestead  Imported from original petition Doc# 1 | 61,400.00 | 0.00 | | 0.00 | FA |
| 2   Cash Location: In debtor's possession  Imported from original petition Doc# 1 | 35.00 | 0.00 | | 0.00 | FA |
| 3   Household Goods Location: In debtor's possession  Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 4   Clothing Location: In debtor's possession  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 5   1996 Chevy S-10 Pickup Location: In debtor's pos  Imported from original petition Doc# 1 | 1,600.00 | 0.00 | | 0.00 | FA |
| 6   401 K Location: In debtor's possession  Imported from original petition Doc# 1 | 7,340.00 | 0.00 | | 0.00 | FA |
| 7   Preference  (u)  discover | 3,602.00 | 3,602.00 | | 3,000.00 | FA |
| 8   Capital One Preference  (u)  Fiancee's credit card | 704.69 | 704.69 | | 704.69 | FA |
| 8   **Assets    Totals** (Excluding unknown values) | **$77,181.69** | **$4,306.69** | | **$3,704.69** | **$0.00** |

**Major Activities Affecting Case Closing:**

    7-9-15 filed atty app and emailed to ust

    7-9-15 filed complaint against fiance and Discover Fiancial Services

**Initial Projected Date Of Final Report (TFR):**     May 30, 2016         **Current Projected Date Of Final Report (TFR):**     May 30, 2016

Printed: 10/25/2015 04:08 PM    V.13.25

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-31107  
**Case Name:** SAND, JEREMY  

**Taxpayer ID #:** **-***8157  
**Period Ending:** 10/25/15  

**Trustee:** Erik A. Ahlgren (430230)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8266 - Checking Account  
**Blanket Bond:** $23,164,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/14/15 | {8} | JEREMY SAND | PREFERENCE FIANCE | 1241-000 | 704.69 | | 704.69 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 694.69 |
| 08/31/15 | {7} | Discover Financial Services | Preference | 1241-000 | 3,000.00 | | 3,694.69 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,684.69 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,674.69 |
| | | | **ACCOUNT TOTALS** | | 3,704.69 | 30.00 | **$3,674.69** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,704.69 | 30.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,704.69** | **$30.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8266** | 3,704.69 | 30.00 | 3,674.69 |
| | $3,704.69 | $30.00 | $3,674.69 |

{} Asset reference(s)

Printed: 10/25/2015 04:08 PM V.13.25

# Claims Register: Exhibit C

## Case: 15-31107 SAND, JEREMY

Claims Bar Date: 10/15/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | CLERK U.S. BANKRUPTCY COURT<br>200 U.S. COURTHOUSE<br>316 N. ROBERT ST.<br>ST PAUL, MN 55101<br><2700-00 Clerk of the Court Costs (includes adversary and other filing fees)>, 200 | Admin Ch. 7<br>03/27/15 | ADV 15-03087 | $350.00<br>$350.00 | $0.00 | $350.00 |
| | ERIK A AHLGREN<br>AHLGREN LAW OFFICE<br>220 W. WASHINGTON AVE, SUITE 105<br>FERGUS FALLS, MN 56537<br><3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>03/27/15 | | $715.00<br>$715.00 | $0.00 | $715.00 |
| | Erik A. Ahlgren<br>220 W. Washington Ave<br>Suite 105<br>Fergus Falls, MN 56537<br><2200-00 Trustee Expenses>, 200 | Admin Ch. 7<br>03/27/15 | | $84.57<br>$84.57 | $0.00 | $84.57 |
| | Erik A. Ahlgren<br>220 W. Washington Ave<br>Suite 105<br>Fergus Falls, MN 56537<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>03/27/15 | | $926.17<br>$926.17 | $0.00 | $926.17 |
| 1 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/16/15 | 8644<br><br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 430543025<br>----------------------------------------------------------------------------<br>History: Details1-107/16/2015Claim #1 filed by Discover Bank, Amount claimed: $1667.00 (Slusher, Discover Bank DB Servicing Corp )<br>----------------------------------------------------------------------------* * * | $1,667.00<br>$1,667.00 | $0.00 | $1,667.00 |
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>RESURGENT CAPITAL SERVICES,.<br>PO BOX 19008<br>GREENVILLE, SC 29602<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/05/15 | 3865 CITI<br><br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br>----------------------------------------------------------------------------<br>History: Details2-108/05/2015Claim #2 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $2005.69 (Benbow, Resurgent Capital Services )<br>----------------------------------------------------------------------------* * * | $2,005.69<br>$2,005.69 | $0.00 | $2,005.69 |

# Claims Register: Exhibit C

## Case: 15-31107 SAND, JEREMY

Claims Bar Date: 10/15/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | CAPITAL ONE NA<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured<br>08/14/15 | 0521 KOHLS<br><br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 193550701<br>--------------------------------------------------------------------------------<br>History: Details3-108/14/2015Claim #3 filed by Capital One NA, Amount claimed: $424.30 (Brown, Becket & Lee, LLP )<br>--------------------------------------------------------------------------------* * * | $424.30<br>$424.30 | $0.00 | $424.30 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured<br>09/10/15 | 2738 CITI<br><br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br>--------------------------------------------------------------------------------<br>History: Details4-109/10/2015Claim #4 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $696.49 (Benbow, Resurgent Capital Services )<br>--------------------------------------------------------------------------------* * * | $696.49<br>$696.49 | $0.00 | $696.49 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 5 | CAVALRY SPV I, LLC<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br><br>TUCSON, AZ 85712 | Unsecured<br>09/24/15 | 6123<br>MENARDS/CITI<br><br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br>--------------------------------------------------------------------------------<br>History: Details5-109/24/2015Claim #5 filed by Cavalry Spv I, LLC, Amount claimed: $1836.66 (Torres, Bass & Associates PC )<br>--------------------------------------------------------------------------------* * * | $1,836.66<br>$1,836.66 | $0.00 | $1,836.66 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$8,705.88** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-31107
Case Name: SAND, JEREMY
Trustee Name: Erik A. Ahlgren

**Balance on hand:**     $    3,674.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   3,674.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Erik A. Ahlgren | 926.17 | 0.00 | 926.17 |
| Trustee, Expenses - Erik A. Ahlgren | 84.57 | 0.00 | 84.57 |
| Attorney for Trustee, Fees - ERIK A AHLGREN | 715.00 | 0.00 | 715.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

Total to be paid for chapter 7 administration expenses:   $   2,075.74
Remaining balance:   $   1,598.95

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   1,598.95

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $          0.00
Remaining balance:                    $      1,598.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,630.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 1,667.00 | 0.00 | 402.02 |
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 2,005.69 | 0.00 | 483.70 |
| 3 | CAPITAL ONE NA | 424.30 | 0.00 | 102.33 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 696.49 | 0.00 | 167.97 |
| 5 | CAVALRY SPV I, LLC | 1,836.66 | 0.00 | 442.93 |

Total to be paid for timely general unsecured claims:  $      1,598.95
Remaining balance:                                    $          0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**